No. 369. EL PASO SASH AND DOOR COMPANY, PLAINTIFF IN ERROR, *v.* E. M. CARRAWAY. In error to the Court of Civil Appeals for the Eighth Supreme Judicial District of the State of Texas. Motion to dismiss or affirm submitted January 28, 1918. Decided February 4, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *McCorquodale* v. *Texas*, 211 U. S. 432, 437; *Waters-Pierce Oil Co.* v. *Texas*, 212 U. S. 112, 118; *Kansas City Star Co.* v. *Julian*, 215 U. S. 589; *St. Louis & San Francisco Ry. Co.* v. *Shepherd*, 240 U. S. 240, 241; (2) *Miller* v. *Cornwall R. R. Co.*, 168 U. S. 131, 134; *Harding* v. *Illinois*, 196 U. S. 78, 84 *et seq.; Bowe* v. *Scott*, 233 U. S. 658, 664, 665. *Mr. Charles B. Braun* for plaintiff in error. *Mr. Frank G. Morris* for defendant in error.